IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERRY DIGMON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 1:24-cv-425-TFM-B |
| | ) |
| STEPHEN BILLY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Pending before the Court are the *Motion to Dismiss Amended Complaint and Incorporated Brief* (Doc. 29, filed 4/10/25) and *Defendants' Partial Motion to Dismiss* (Doc. 30, filed 4/10/25). Plaintiffs are **ORDERED** to show cause on or before **May 2, 2025** why the motion should not be granted. Defendants have until **May 9, 2025** to file any replies they wish to file. The motion shall be taken under submission on that date for determination without oral argument unless the Court later determines oral argument is necessary.

All parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned should they exceed fifty (50) pages (including exhibits). The courtesy copies shall be delivered within 5 days of their electronic filing.

In light of the pending motion to dismiss filed pursuant to Fed. R. Civ. P. 12(b), the Court suspends the requirement to confer under Fed. R. Civ. P. 26(f)(1). Additionally, in accordance with Fed. R. Civ. P. 16(b)(2), the Court finds good cause for the delay of the entry of a scheduling order. Because the motions to dismiss contain the defense of immunity, should the motions be successful, then the parties (particularly defendants) may not need to go through the time and

expense of discovery – or certainly a reduced amount of discovery given that some defendants will remain. As such, the Court will issue its preliminary scheduling order once the motions to dismiss are resolved which will then trigger the requirement for the parties to meet and confer.

    **DONE** and **ORDERED** this 11th day of April 2025.

                                      /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES DISTRICT JUDGE