# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
### MOBILE DIVISION

SHERRY DIGMON, *et al.*,

     *Plaintiffs,*

v.

STEPHEN BILLY, *et al.*,

     *Defendants.*

Civil Case No. 1:24-cv-00425-TFM-B

## PLAINTIFFS' MOTION OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.3(h), one of Plaintiffs' counsel of record, Brian Morris, moves to withdraw from representation in this case because Mr. Morris has left his employment with Plaintiffs' counsel's firm. All counsel of record in this case have been notified. Mr. Morris's withdrawal will not cause any delay or prejudice to any proceedings or to any party, as Plaintiffs continue to be represented in this case by the additional undersigned counsel of record.

Dated: May 14, 2025.

Respectfully submitted,

/s/ Brian Morris
Brian Morris (OH Bar No. 0093530)*
Jared McClain (DC Bar No. 1720062)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
bmorris@ij.org
jmcclain@ij.org

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 14, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Brian Morris
Brian Morris (OH Bar No. 0093530)*

*Admitted *Pro Hac Vice*