## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SHERRY DIGMON, et al., ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION NO.** |
| **v.** ) | **1:24-cv-00425-TFM-B** |
| ) | |
| STEPHEN BILLY, et al., ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEAL

COMES NOW Defendant, STEPHEN BILLY, by and through undersigned counsel of record, and gives notice pursuant to FRAP 4(a)(1)(A) of the taking of an appeal to the United States Court of Appeals for the Eleventh Circuit as detailed below.

Specifically, this appeal is taken from the order of this Court entered on or about March 25, 2026 (Doc. 47) denying Defendant's Motion to Dismiss on the grounds of prosecutorial immunity as to the following claims:

(i)     Plaintiffs Sherry Digmon's and Cynthia Jackson's claims pursuant to 42 U.S.C. § 1983 for retaliation in violation of the First Amendment in Count I related to their allegations that their respective cell phones were seized and searched;

(ii)     Plaintiffs Sherry Digmon's, Cynthia Jackson's, and Veronica Ashley Fore's Fourth Amendment claims pursuant to 42 U.S.C. § 1983 in Count III related to their allegations that their respective cell phones were seized and searched;

(iii)     Plaintiffs Sherry Digmon's and Cynthia Jackson's claims pursuant to 42 U.S.C. § 1983 for conspiring to violate their First Amendment rights in Count V related to their allegations that their cell phones were seized and searched; and

66916442 v1

(iv)    Plaintiff Sherry Digmon's, Cynthia Jackson's, and Veronica Ashley Fore's claims pursuant to 42 U.S.C. § 1983 for conspiring to violate their Fourth Amendment rights in Count V related to their allegations their respective cell phones were seized and searched.

This appeal is timely filed pursuant to the Federal Rules of Appellate Procedure.

Respectfully submitted,

*s/ Taylor B. Johnson*
H. WILLIAM WASDEN          (WASDH4276)
TAYLOR BARR JOHNSON          (BARRT8851)
TIMOTHY A. HEISTERHAGEN      (HEIST0290)

*Attorneys for Defendant, Stephen Billy*

**OF COUNSEL:**
BURR & FORMAN LLP
11 North Water Street, Suite 22200
Mobile, Alabama 36602
(251) 344-5151 Telephone
(251) 344-9696 Facsimile
bwasden@burr.com
tjohnson@burr.com
theisterhagen@burr.com

66916442 v1                              2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have filed a copy of foregoing document with the Clerk of Court via CM/ECF on this the 22nd day of April 2026, which will send notice of such filing to the following:

Jared McClain, Esquire
Brian Morris, Esquire
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
jmcclain@ij.org
bmorris@ij.org
*Attorneys for Plaintiff*

Christine Harding Hart, Esquire
Emily B. Van Haneghan, Esquire
Hand Arendall Harrison Sale LLC
Post Office Box 123
Mobile, Alabama 36601
chart@handfirm.com
evanhaneghan@handfirm.com

Christopher S. Williams, Esquire
Hand Arendall Harrison Sale LLC
Post Office Box 1499
Fairhope, Alabama 36533
cwilliams@handfirm.com

*Attorneys for Defendants, Sheriff Heath Jackson, Deputy Arthur Odom, Deputy Kevin Durden, Deputy Matthew Rabren and Deputy Steven Dereck Lowry*

*s/ Taylor B. Johnson*
OF COUNSEL

66916442 v1                                                3